IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHANE A. LYBERGER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 19-CV-369-NJR-GCS |
| ) | |
| SCOTT SNIDER, et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

NOW COME Plaintiffs, SHANE LYBERGER, ANDREW LYBERGER and ROBERT DAILEY, by and through their attorney, William Atkins, and Defendants, ANDREW HARVARD and JAMIE JAMES, by and through one of their attorneys, Brian M. Funk, and Defendant, SCOTT SNIDER, by and through one of his attorneys, Dominick Lanzito, and for their Joint Motion to Extend Dispositive Motion Deadline, the parties state as follows:

1. On June 16, the Court held a status conference, at which time the parties reported that they had two remaining depositions to complete. Based on the parties' report, the Court set a dispositive motion deadline of August 24, 2020. *Doc*. 52.

2. The parties subsequently set the depositions of the two deponents, a married couple, for July 22, 2020.

3. After the depositions were scheduled, a conflict arose with Plaintiff's counsel's schedule which required counsel to defend a criminal defendant in a murder trial the week of July 20th.

4. Counsel for Defendants Harvard and James, then contacted the deponents in an effort to reschedule the depositions for August 7th.

5. At that time, counsel was advised that one of the deponents had a sensitive personal health issue and that she would be unavailable from at least July 24th through August 21st.

6. The parties have reset the two remaining depositions for September 15, 2020.

7. As a result of this unexpected and unpreventable delay, the parties request the dispositive motion deadline be extended until October 26, 2020 to ensure the depositions are completed before dispositive motions are due.

8. The purpose of this motion is not to delay this case but to ensure the parties can complete discovery before the dispositive motion deadline.

WHEREFORE, the parties request this Honorable Court grant their motion, extend the dispositive motion deadline to October 26, 2020, and for such further relief as this Honorable Court deems just and proper.

Respectfully submitted,

**ANDREW HARVARD, JAMIE JAMES**

By: *s/Brian M. Funk*
Brian M. Funk, #6277501
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL  60062
Phone: 847/291-0200
Fax:    847/291-9230
Email: bfunk@okgc.com

3

**ROBERT DAILEY, SHANE LYBERGER & ANDREW LYBERGER**

By: *s/William W.P. Atkins (w/Consent)*
William W.P. Atkins
Johnson, Bunce & Noble, P.C.
7800 N. Sommer Street, Suite 425
Peoria, IL  61615
Phone: 309/691-9650
Fax:    309/691-9651
Email: watkins@peorialawyers.com

**SCOTT SNIDER**

By: *s/Dominick L. Lanzito (w/Consent)*
Dominick L. Lanzito
Peterson, Johnson & Murray Chicago, LLC
200 W. Adams Street, Suite 2125
Chicago, IL  60606
Phone: 312/724-8026
Fax:    312-896-9318
Email: dlanzito@pjmchicago.com

3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHANE A. LYBERGER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 19-CV-369-NJR-GCS |
| v. | ) |
| | ) |
| SCOTT SNIDER, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2020, I electronically filed the ***Joint Motion to Extend Dispositive Motion Deadline*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participants:

William W.P. Atkins
watkins@peorialawyers.com

Dominick L. Lanzito
dlanzito@pjmchicago.com

Paul A. O'Grady
pogrady@pjmchicago.com

Miguel E. Larios
mlarios@pjmchicago.com

By:   *s/Brian M. Funk*
Brian M. Funk, #6277501
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL  60062
Phone: 847/291-0200
Fax:    847/291-9230
Email: bfunk@okgc.com

4